No. 115, October Term, 1963. GENERAL MOTORS CORP. v. WASHINGTON ET AL., 377 U. S. 436. Motions of Automotive Service Industry Association, Electronic Industries Association, Automotive Manufacturers Association, and the National Association of Manufacturers for leave to file briefs, as *amici curiae,* in support of petition for rehearing granted. Petition for rehearing denied.

No. 636, October Term, 1963. GERMANO ET AL. v. KERNER, GOVERNOR OF ILLINOIS, ET AL., 378 U. S. 560. Petition for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition.

OCTOBER 13, 1964.

No. 370, Misc. WILLIAMSON ET AL. v. GILMER ET AL. On motion for leave to file petition for writ of certiorari to the United States District Court for the Northern District of Texas. Dismissed pursuant to Rule 60 of the Rules of this Court. Petitioners *pro se. William D. Neary* for respondents.

OCTOBER 19, 1964.

No. 159, Misc. BELLUE v. MACDOUGALL, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Daniel R. McLeod,* Attorney General of South Carolina, and *Joseph C. Coleman* and *Edward B. Latimer,* Assistant Attorneys General, for respondent.

No. 336, Misc. HAWKINS v. DIRECTOR, PATUXENT INSTITUTION. Motion for leave to file petition for writ of habeas corpus denied.